December 21, 2014

Kenneth Roberts
22676 Silver Oak Ct.
Cupertino, California 95014
415-994-9999
Email. Kennethroberts5@gmail.com

*FILED*
*2014 DEC 29 P 2: 25*
*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

Office of the Clerk
U.S. District Court
   Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

Re.  Case No. 14 80 322 MISC in the Matter of Kenneth Roberts/CA Bar No. 129394

With reference to the case number and matter set forth above and pursuant to Civil Local Rule 11-7(b)(2), I wish to bring to the Court's attention that I **voluntarily** resigned from the State Bar of California. **The Supreme Court of California accepted my voluntary resignation on October 30, 2014. A copy of the Order for my voluntary resignation is attached hereto (the "Order").**

I hereby request the United States District Court for the Northern District of California to recognize the attached **Order.**

Sincerely,

[signature]

Kenneth Roberts

**(c) Standing Committee on Professional Conduct.** The Court will appoint as Special Masters for Disciplinary Proceedings pending before the Court, a Standing Committee on Professional Conduct consisting of seven members of the bar and designate one of the members to serve as Chair of the Committee. The members of the Committee shall continue in office for a period of 4 years. Members shall serve staggered terms, with four of the first appointees serving for 2 years and three members serving for 4 years.

**(d) Discipline Oversight Committee.** The Chief Judge shall appoint three (3) or more Judges to a Discipline Oversight Committee which shall oversee the administration of this Local Rule.

## 11-7. Reciprocal Discipline and Discipline Following Felony Conviction.

**(a) Notice.** Any attorney admitted to practice in this Court who is convicted of a felony, suspended, disbarred or placed on disciplinary probation by any court, or who resigns from the bar of any court with an investigation into allegations of unprofessional conduct pending, must give notice to the Clerk in writing within 14 days of such event.

**(b) Order to Show Cause.** Unless referred to the Standing Committee on Professional Conduct, matters subject to reciprocal discipline on the grounds listed in paragraph (a) above shall be handled as follows:

(1) In such matters, the Chief Judge shall issue an order to the attorney that he or she show cause why the attorney should not be disbarred, suspended, placed on disciplinary probation or otherwise disciplined.

(2) If no response is received to an order to show cause within 28 days of mailing, the Chief Judge shall make an independent review of the record of the other proceedings to determine that there was no deprivation of due process, sufficient proof of misconduct, and that no grave injustice would result from the imposition of discipline. The Chief Judge shall issue an appropriate order.

(3) An attorney who wishes to contest reciprocal discipline must file with the Court a timely response to the order to show cause. The Chief Judge may then act on the matter, assign it to another judge or refer it to the Standing Committee on Professional Conduct for recommendation.

(State Bar Court No. 14-W-05560)

S222242

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

In re KENNETH NELSON ROBERTS on Resignation

The court orders that the voluntary resignation of Kenneth Nelson Roberts, State Bar Number 129394, as a member of the State Bar of California is accepted.

Kenneth Nelson Roberts must also comply with rule 9.20 of the California Rules of Court and perform the acts specified in subdivisions (a) and (c) of that rule within 30 and 40 calendar days, respectively, after the effective date of this order.

SUPREME COURT
**FILED**

OCT 3 0 2014

Frank A. McGuire Clerk
_____
Deputy

**CANTIL-SAKAUYE**
*Chief Justice*

FILED

2014 NOV 21 A 10: 07

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Kenneth Nelson Roberts - #129394

CV 14-80 322 MISC

Case Number:

)
) ORDER TO SHOW CAUSE RE
) SUSPENSION FROM MEMBERSHIP
) IN GOOD STANDING OF THE BAR
) OF THE COURT
)

TO: Kenneth Nelson Roberts

You are enrolled as a member of the bar of the Northern District of California. Notice has been received by the Chief Judge of the United States District Court for the Northern District of California that your status as a member of the State Bar of California has been modified as follows:

Involuntary Inactive Enrollment pursuant to Rule 2.45 ( C ) of the Rules of the State Bar, Title 2, Division 3 effective October 21, 2014.

Effective the date of this order, your membership in the bar of this Court is **suspended on an interim basis** pursuant to Civil Local Rule 11-7(b)(1). **On or before December 30, 2014, you may file a response** to this Order meeting the requirements of Civil Local Rule 11-7(b)(2), which may be viewed on the Court's website at cand.uscourts.gov. If you fail to file a timely and adequate response to this Order, you will be suspended from membership without further notice.

If you are disbarred, suspended or placed on disciplinary probation by this Court and are later restored to active membership in the State Bar of California, you may apply for reinstatement pursuant to Civil Local Rule 11-7(b)(3). The Clerk shall close this file on or after December 30, 2014, absent further order of this Court.

IT IS SO ORDERED.

Dated: 11/19/14

JAMES DONATO
United States District Judge

*Form updated July 2012*

Kenneth Roberts
22676 Silver Oak Ct.
Cupertino, California 95014

**FILED**
2014 DEC 29 P 2: 25
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Office of the Clerk
U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

9410234B999

Atty - Misc.

LOS ANGELES CA 900
22 DEC 2014 PM 12 L

