UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Kenneth Nelson Roberts - #129394

Case No.  14-mc-80322-JD

**ORDER**

The Court has received and reviewed Mr. Roberts' response (Dkt. No. 2), and acknowledges that Mr. Roberts voluntarily resigned from the State Bar of California.  The Court consequently discharges its prior order to show cause (Dkt. No. 1) and lifts the prior order of interim suspension.

In light of Mr. Roberts' voluntary resignation from the California State Bar, the Clerk of the Court is directed to note "resigned" on Mr. Roberts' admission record with the bar of this Court pursuant to Civil Local Rule 11-1(g).

The Court wishes Mr. Roberts well in his retirement.

**IT IS SO ORDERED**.

Dated:  February 5, 2015

_____

JAMES DONATO

United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF KENNETH NELSON ROBERTS - #12,<br><br>                    Plaintiffs,<br><br>          v.<br><br>KENNETH NELSON ROBERTS,<br><br>                    Defendant. | Case No.  14-mc-80322-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 2/6/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenneth Nelson Roberts
22676 Silver Oak Court
Cupertino, CA 95014

Dated: 2/6/2015

Richard W. Wieking
Clerk, United States District Court

By: _Lisa R. Clark_
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO